U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2005

ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LARRY F. ROBB, ET AL. ET AL. | CIVIL ACTION NO. 05-1370 |
| versus | JUDGE HICKS |
| STERICYCLE, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including all of the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Voluntary Dismissal (Doc. 10) is GRANTED** by **DISMISSAL WITHOUT PREJUDICE** of all claims against Defendants Johnson and Colmar, Craig Colmar, and Michael Bonn.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 9) is GRANTED** and all remaining claims in this civil action are hereby remanded to the First Judicial District Court, Caddo Parish, Louisiana pursuant to 28 U.S.C. § 1367(c)(3).

Shreveport, Louisiana, this 15th day of September, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE